**FILED**
OCT 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLIFFORD FREDERICK., WEEKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Civil Action No. 08 1705 |
| ) | |
| JON S. CORZINE *et al.*,  ) | |
| ) | |
| Defendants.  ) | |

## MEMORANDUM OPINION

This matter comes before the Court on consideration of plaintiff's *pro se* complaint and application to proceed *in forma pauperis,* along with a 1932 silver dollar for payment of fees. The Court will grant the application to proceed *in forma pauperis,* return the 1932 silver dollar to the plaintiff, and dismiss the complaint for lack of jurisdiction.

Unlike state courts of general jurisdiction, federal district courts have limited jurisdiction. A federal district court has jurisdiction in civil actions arising under the Constitution, laws or treaties of the United States. *See* 28 U.S.C. § 1331. Here, however, the complaint centers on the plaintiff's lack of a driver's license due to decisions made by state officials in New Jersey and Florida. This matter is not one that arises under the Constitution, laws or treaties of the United States.

A federal district court also has jurisdiction over civil actions in matters where the controversy exceeds $75,000 and where there is complete diversity of citizenship among the parties. *See* 28 U.S.C. § 1332(a). Here, it appears that the plaintiff seeks injunctive relief, not damages, and that both plaintiff and several of the defendants are citizens of the state of Florida.



3

Accordingly, both the threshold amount in controversy and complete diversity of citizenship among the parties is lacking.

Accordingly, the Court will dismiss the complaint, without prejudice, for lack of subject matter jurisdiction. An appropriate order accompanies this memorandum opinion.

Date: 9/17/08

United States District Judge